**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CIM, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:23-cv-00479** |
| | ) | |
| **SERIES PROTECTED CELL 1, A** | ) | **JUDGE CAMPBELL** |
| **SERIES OF OXFORD INSURANCE** | ) | **MAGISTRATE JUDGE FRENSLEY** |
| **COMPANY TN, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The Court is in receipt of the parties' jointly filed Notice of Settlement (Doc. No. 60) stating that they have reached a tentative settlement agreement to fully resolve this case. Through the Notice, the parties request 60 days to file a stipulation of dismissal upon execution of the necessary settlement documents and consummation of the settlement. Accordingly, on or before January 8, 2025, the parties shall submit a proposed agreed order of compromise and dismissal or stipulation of dismissal. Absent the aforementioned filing or other filing from a party, this case will be dismissed with prejudice on January 8, 2025.

The Clerk is directed to administratively close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE