IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CIM, LLC, | ) |
|    Plaintiff, | ) ) ) |
| v. | )   NO. 3:23-cv-00479 ) |
| SERIES PROTECTED CELL 1, A SERIES OF OXFORD INSURANCE COMPANY TN, LLC, | )   JUDGE CAMPBELL )   MAGISTRATE JUDGE FRENSLEY ) ) |
|    Defendant. | ) |

## ORDER

The parties have jointly filed a Stipulation of Dismissal (Doc. No. 62) stating that they stipulate to the dismissal of this action with prejudice. Accordingly, pursuant to the parties' stipulation, this action is **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE